# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

MOHAMED TOURE,                      :

    Petitioner,                    :

vs.                                 :          CA 06-0520-WS-C

ALBERTO GONZALES, etc.,             :
et al.,
                                    :

    Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 29, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 24th day of April, 2007.

                  s/WILLIAM H. STEELE
                  UNITED STATES DISTRICT JUDGE