IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOHAMED TOURE, | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0520-WS-C |
| ALBERTO GONZALES, etc., et al., | : | |
| | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **GRANTED** and that petitioner be immediately released from detention under conditions enumerated by the ICE arm of the Department of Homeland Security.

**DONE** this 24th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE